**Max ARBAUGH, Petitioner–Appellant,**

v.

**Thomas MCBRIDE, Respondent–
Appellee.**

**No. 02–7265.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 15, 2002.

Decided Oct. 22, 2002.

Max Arbaugh, Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WILLIAMS, DIANA GRIBBON MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Max Arbaugh seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Arbaugh has not made a substantial showing of the denial of a constitutional right. *See Arbaugh v. McBride,* No. CA–02–14–2 (N.D.W.Va. Aug. 8, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*